UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and ELIZABETH CROWE, | Case No. 11-cv-02205-SI |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant. | |

   The parties have stipulated to the dismissal with prejudice of the above-captioned matter.  PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: ___5/30/12___          _____

                              JUDGE SUSAN ILLSTON